UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Randal Craig Krueger,

                Plaintiff(s),

v.                                      Case No. 2:20−cv−13336−BAF−KGA
                                             Hon. Bernard A. Friedman

The Memorial Hospital,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                s/Bernard A. Friedman
                                                Bernard A. Friedman
                                                United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/J. Curry−Williams
                                                Case Manager

Dated:   December 28, 2020