UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RANDAL CRAIG KRUEGER,<br><br>    Plaintiff,<br><br>v<br><br>THE MEMORIAL HOSPITAL,<br><br>    Defendant. | CASE NO. 2:20-cv-13336<br><br>HON. BERNARD A. FRIEDMAN<br><br>Removed from Wayne County District Court<br>Case No. 20T2746-GC |
| Randal Craig Krueger<br>Plaintiff *Pro Se*<br>1098 Ann Arbor Road W #114<br>Plymouth, MI 48170<br>contact@randalkrueger.com | Brian J. Kilbane (P37134)<br>Rachael M. Roseman (P78917)<br>SMITH HAUGHEY RICE & ROEGGE<br>Attorneys for Defendant<br>100 Monroe Center NW<br>Grand Rapids, MI 49503<br>(616) 774-8000<br>bkilbane@shrr.com<br>rroseman@shrr.com |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

NOW COME Plaintiff Randal Craig Krueger, appearing *pro se* and Defendant Memorial Hospital, appearing by and through its counsel, Smith Haughey Rice & Roegge, (collectively "the Parties") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and without attorneys' fees or costs of any type to any of the Parties and without settlement or payment of any kind to any of the Parties.

This stipulation also serves to discharge and release all claims—whether presently asserted or not—arising from and related to any telephone calls or text messages placed, at any time up to the date of entry of this joint stipulation of dismissal, by any telephone number associated with Defendant

Memorial Hospital to any telephone numbers associated with Plaintiff, that were raised or could have been raised by Plaintiff as of the date of entry of this joint stipulation of dismissal.

This stipulation of dismissal with prejudice closes the entire case and no claims are left to be resolved.

IT IS SO STIPULATED this __th day of June 2021.

Dated: June 30th, 2021

By: _____
Randal Craig Krueger
Plaintiff *Pro Se*
1098 Ann Arbor Road W #114
Plymouth, MI 48170
contact@randalkrueger.com

July 1, 2021
Dated: ~~June~~ ____, 2021

By: /s/ Brian J. Kilbane
_____
Brian J. Kilbane (P37134)
Rachael M. Roseman (P78917)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Defendant
100 Monroe Center NW
Grand Rapids, MI 49503
(616) 774-8000

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, the foregoing document was filed with the Clerk of the Court using the ECF System.

                                              By:   /s/ Brian J. Kilbane
                                                        Brian J. Kilbane (P37134)
                                                        Rachael M. Roseman (P78917)
                                                        SMITH HAUGHEY RICE & ROEGGE
                                                        Attorneys for Defendant
                                                        100 Monroe Center NW
                                                        Grand Rapids, MI 49503
                                                        (616) 774-8000