UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randal Craig Krueger,

        Plaintiff,

v.

The Memorial Hospital,

        Defendant.
_____/

Case Number 20-cv-13336
Honorable Bernard A. Friedman

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

On July 1, 2021, the parties filed a joint stipulation of dismissal of all claims in its entirety, with prejudice, and without attorney's fees or costs [ECF No. 12]. The Court therefore will dismiss the case.

Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *with prejudice*.

Dated: July 1, 2021
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on July 1, 2021.

Randal Craig Krueger
1098 Ann Arbor Road W. #114
Plymouth, MI 48170
contact@randallaueger.com

s/Johnetta M. Curry-Williams
Case Manager